## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

KEVIN R. STEWART                          )
                                          )
                    Plaintiff,            )
                                          )        Case No.: 2:20-cv-02461
                                          )
vs.                                       )
                                          )
                                          )
UNITED PARCEL SERVICE, INC.               )
                                          )
                    Defendant.            )

## <u>MOTION FOR LEAVE TO WITHDRAW</u>

COMES the law firm of MABLAW-KC and attorney Marcos A. Barbosa, and hereby file this their Motion to Withdraw as attorney of record for Plaintiff Kevin R. Stewart ("Plaintiff"), in the above-captioned case, and state in support thereof the following:

1.      Plaintiff and the undersigned counsel have substantial and significant opposite views and concepts about this case and the legal strategy to be used to further its litigation. Specifically, Plaintiff has chosen not to cooperate or follow the undersigned counsel's advice and recommendations on material matters. As a result of these significant disagreements, the undersigned counsel is no longer in a position to properly and ethically represent Plaintiff in this case.

2.      The attorney-client agreement between Plaintiff and counsel provides for withdrawal of counsel at any time "if Client fails to cooperate or to follow MABLAW-KC's advice on a material matter."

3.      Plaintiff has advised counsel of his intent to secure new counsel, but insisted on the underlying counsel's filing of the Motion to Withdraw from the case first.

4.      Plaintiff is aware of this withdrawal and that he needs to secure counsel or proceed *pro se*, should this Court grant this Motion to Withdraw.  Undersigned counsel has further provided Plaintiff notice of this Motion to Withdraw as well as pending immediate Court deadlines.  Plaintiff is aware that if this Court grants this Motion to Withdraw, that he must attend any scheduled hearings before this Court and/or meet any deadlines, particularly if he has not secured new counsel.

WHEREFORE, the law firm of MABLAW-KC and attorney Marcos A. Barbosa respectfully request that they be allowed to withdraw as attorneys of record and that Plaintiff be allowed reasonable time in which to obtain new counsel, or, if he so desires, proceed *pro se*.

Respectfully submitted,


Marcos A. Barbosa KS #22015
MABLAW-KC
1301 Oak St., Suite 400A
Kansas City, MO 64106
Telephone: (816) 499-8800
Facsimile: (816) 499-8801
marcos.barbosa@mablawkc.com
ATTORNEY FOR PLAINTIFF

CERTIFICATE OF SERVICE

I certify that a copy of the above was filed with the Court's electronic filing system this 25th day of May, 2021, which will send notice of electronic filing to all registered attorneys of record.

This is to further certify that a copy of the above and foregoing Motion for Leave to Withdraw was mailed by certified mail, return receipt requested, on this 25th day of May, 2021, to:

Mr. Kevin Stewart
223 N James St.
Kansas City, KS 66118
PLAINTIFF

_____