IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KEVIN STEWART, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:20-cv-2461-JAR-GEB |
| | ) |
| UNITED PARCEL SERVICE, INC. | ) |
| | ) |
| Defendant. | ) |

**UNOPPOSED MOTION TO WITHDRAW**

COMES NOW, Spencer J. Webster of Webster Law, LLC and David R. Smith of David R. Smith P.C. (collectively "Undersigned Counsel"), pursuant to Local Rules 83.5.5 and 83.6.1, and for their Motion to Withdraw as attorneys of record for Kevin R. Stewart ("Plaintiff"), in the above-captioned case, state as follows:

1. Plaintiff and Undersigned Counsel have significant disagreements on objectives and how to proceed with the litigation in this matter.

2. On March 9, 2022, Undersigned Counsel had a meeting via telephone with Plaintiff explaining the reasons for their withdrawal, that Plaintiff needed to secure new counsel, that he is personally responsible for complying with all orders of the Court and time limitations established by the rules of procedure or by court order, and that Defendant has agreed to stay the current Motion to Dismiss (Docs. 65 and 66) until Plaintiff can find new counsel or decides to proceed *pro se*.

3. Additionally, on March 9, 2022, Undersigned Counsel discussed withdrawal with counsel for Defendant and counsel for Defendant did not oppose or object such withdrawal and has agreed to stay the Motion to Dismiss (Docs. 65 and 66) as stated above.

4. Upon the filing of this Motion, Undersigned Counsel will promptly serve this Motion, along with the Court's Order Granting Joint Motion for Leave to Amend Scheduling Order, which sets forth the current scheduling order for this matter, upon Plaintiff by personal service or by certified mail with return receipt requested.

5. Additionally, upon the filing of this Motion, Undersigned Counsel will email the Court and counsel for Defendant providing Plaintiff's current mailing address and telephone number.

6. Once Undersigned Counsel has received proof of personal service or the certified mail receipt signed by Plaintiff, Undersigned Counsel will promptly file a Certificate of Service with this Court along with proof of personal service or the certified mail return receipt or an affidavit indicating Plaintiff received a copy of this Motion to Withdraw.

7. Moreover, all attorneys of record will be served with this Motion and the accompanying filings through the Court's CM/ECF system.

8. Lastly, Plaintiff will not be prejudiced as he has notice of this motion, has been advised as set forth above, and trial is not set until February 28, 2023.

WHEREFORE, Spencer J. Webster, David R. Smith, and their respective law firms, respectfully request that this Motion be granted, allowed them to withdraw as attorneys of record in this matter and that Plaintiff be afforded reasonable time in which to obtain new counsel, or, if he so desires, proceed *pro se*, and for all other and further relief as the Court deems just and proper.

Respectfully Submitted,

**DAVID R. SMITH, P.C.**

        /s/ David R. Smith  
        David R. Smith, No. 13664  
        david@dsmith-law.com  
        4310 Madison Avenue, Suite 100  
        Kansas City, Missouri 64111  
        (816) 753-9393  
        Facsimile (816) 778-0957

        **WEBSTER LAW, LLC**

        /s/ Spencer J. Webster  
        Spencer J. Webster, MO # 78795  
        swebster@sjwebsterlaw.com  
        4310 Madison Ave., Suite 100  
        Kansas City, Missouri 64111  
        (816) 384-2273

        **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I certify that I electronically filed this document through the Court's CM/ECF system on March 14, 2022, with notice of case activity generated and sent electronically to all counsel of record.

            /s/ *Spencer J. Webster*