# EXHIBIT 14



**UNITED STATES GOVERNMENT**
**NATIONAL LABOR RELATIONS BOARD**

SUBREGION 17
8600 Farley St Ste 100
Overland Park, KS 66212-4677

Agency Website: www.nlrb.gov
Telephone: (913)967-3000
Fax: (913)967-3010

May 20, 2016

RECEIVED
MAY 23 2016
TEAMSTERS LOCAL 41

Kevin Stewart
1502 N 133rd St
Kansas City, KS 66109-4551

Re:   Teamsters, Local 41 (UPS)
      Case 14-CB-169437

Dear Mr. Stewart:

We have carefully investigated and considered your charge that Teamsters, Local 41 has violated the National Labor Relations Act.

**Decision to Dismiss:** Based on that investigation, I have decided to dismiss your charge for the reasons discussed below.

You allege that the Union breached its duty of fair representation by failing and refusing to continue processing grievances filed by you and others in March 2015 over the Employer's alleged violation of Article 22, Section 3, by failing to create full-time jobs at the Employer's North James facility. The investigation disclosed that while the Union filed and initially processed said grievances, the Union decided to withdraw them after completing an investigation. The Union determined that there was no evidence that the Employer was failing to meet its obligations to create full-time jobs under the contract; in fact, the Employer had created full-time jobs at the Employer's Lenexa facility, which the employees at the North James location were free to bid upon. Because the contractual language does not specify where these full time jobs are to be created, the Union determined that there was no contractual breach warranting continued processing of the North James grievances. In addition, the Union determined that the North James location only offered part-time preloads, and as such, the work volume did not support seeking multiple full-time, non-driver positions at the North James facility. As such, the Union withdrew the grievances. In these circumstances, there is no evidence that the Union's withdrawal of these grievances was unlawfully motivated or otherwise done in bad faith, but was instead based upon rational considerations.

You also allege that the Union failed to keep you informed on the status of your grievance, and that the Local Union President purposely misinformed you with regard to the outcome of this grievance. However, the evidence shows that after the grievances were initially filed and presented at the Local Grievance Hearing in around March 2015, you did not follow up on them with the Union until February 8, 2016, just prior to filing the instant charge. Given your involvement in the communications delay concerning your grievance, the evidence is insufficient to establish that the Union intended to mislead you. Finally, the incorrect information you received from the Local President of the Union in February 2016, regarding the processing of your grievance does not appear to be an attempt by the Union to purposely mislead you. Rather, the information you were given by the Union President appears to be a mistake. Not only had it

**CONFIDENTIAL**                                                                                    **UPS KS 000903**

Teamsters, Local 41 (UPS)          - 2 -
Case 14-CB-169437

been almost a year since you had asked about this particular grievance, but additionally, you had filed more than 100 other grievances throughout 2015, some of which had been taken by the Union to the Two-State panel and lost. It appears that the information that you were given related to your other grievances. In these circumstances, the evidence is insufficient to support a finding that the Union acted unlawfully or otherwise in bad faith. As a result, there is insufficient evidence to warrant issuance of complaint on this matter.

**Your Right to Appeal:** You may appeal my decision to the General Counsel of the National Labor Relations Board, through the Office of Appeals. If you appeal, you may use the enclosed Appeal Form, which is also available at www.nlrb.gov. However, you are encouraged to also submit a complete statement of the facts and reasons why you believe my decision was incorrect.

**Means of Filing**: An appeal may be filed electronically, by mail, by delivery service, or hand-delivered. Filing an appeal electronically is preferred but not required. The appeal MAY NOT be filed by fax or email. To file an appeal electronically, go to the Agency's website at www.nlrb.gov, click on **E-File Documents,** enter the **NLRB Case Number**, and follow the detailed instructions. To file an appeal by mail or delivery service, address the appeal to the **General Counsel** at the **National Labor Relations Board, Attn: Office of Appeals, 1015 Half Street SE, Washington, DC 20570-0001**. Unless filed electronically, a copy of the appeal should also be sent to me.

**Appeal Due Date:** The **appeal is due on June 3, 2016**. If the appeal is filed electronically, the transmission of the entire document through the Agency's website must be completed **no later than 11:59 p.m. Eastern Time** on the due date. If filing by mail or by delivery service an appeal will be found to be timely filed if it is postmarked or given to a delivery service no later than June 2, 2013, 2016. **If an appeal is postmarked or given to a delivery service on the due date, it will be rejected as untimely**. If hand delivered, an appeal must be received by the General Counsel in Washington D.C. by 5:00 p.m. Eastern Time on the appeal due date. If an appeal is not submitted in accordance with this paragraph, it will be rejected.

**Extension of Time to File Appeal:** The General Counsel may allow additional time to file the appeal if the Charging Party provides a good reason for doing so and the request for an extension of time is **received on or before June 3, 2016.** The request may be filed electronically through the *E-File Documents* link on our website www.nlrb.gov, by fax to (202)273-4283, by mail, or by delivery service. The General Counsel will not consider any request for an extension of time to file **an appeal received after June 3, 2016, even if it is postmarked or given to the delivery service before the due date**. Unless filed electronically, a copy of the extension of time should also be sent to me.

**Confidentiality:** We will not honor any claim of confidentiality or privilege or any limitations on our use of appeal statements or supporting evidence beyond those prescribed by the Federal Records Act and the Freedom of Information Act (FOIA). Thus, we may disclose an appeal statement to a party upon request during the processing of the appeal. If the appeal is successful, any statement or material submitted with the appeal may be introduced as evidence at

**CONFIDENTIAL**                                                                                          **UPS KS 000904**

Teamsters, Local 41 (UPS)            - 3 -
Case 14-CB-169437

a hearing before an administrative law judge. Because the Federal Records Act requires us to keep copies of case handling documents for some years after a case closes, we may be required by the FOIA to disclose those documents absent an applicable exemption such as those that protect confidential sources, commercial/financial information, or personal privacy interests.

                                     Very truly yours,

                                       DANIEL L. HUBBEL
                                       Regional Director

                         By: */s/ Mary G. Taves*

                                       MARY G. TAVES
                                       Officer in Charge

DLH:kec
Enclosure

cc:       John Jardes, Division Manager
           UPS
           223 N James St
           Kansas City, KS 66118-1199

           John P. Hasman, Attorney
           Amstrong Teasdale LLP
           7700 Forsyth Blvd
           Ste 1800
           Saint Louis, MO 63105-1807

           Susan Barthol-Turner, Business Agent
           Teamsters, Local 41
           4501 Emanuel Cleaver II Blvd
           Kansas City, MO 64130-2371

           MICHAEL E. AMASH, Attorney
           BLAKE & UHLIG
           753 State Ave Ste 475
           Kansas City, KS 66101-2560

**CONFIDENTIAL**                                                                                        **UPS KS 000905**