# EXHIBIT 19

**Case: 2020-5-13000 - Hotline Phone**
**SMALL PACKAGE: 0355 CENTRAL PLAINS - HR**
**Discrimination/Favoritism : General Race/Ethnicity**

## Case Snapshot

**Opened:** 05/14/2020 3:43 PM
**Days open:** 32
**Last modified:** 06/15/2020 10:03 PM
**Date closed:** 06/15/2020
**Intake method:** Hotline Phone
**Status:** Closed
**Alert:** Red

## General Case Info

**Case number:**
2020-5-13000

**Received/Reported date:**
05/14/2020

**Language:**
English

**Assigned tier:**
SMALL PACKAGE: 0355 CENTRAL PLAINS - HR

### Issue

**Primary issue:**
Discrimination/Favoritism : General Race/Ethnicity

**Secondary issue 1:**
Retaliation : Resulting from any other action or communication

**Secondary issue 2:**
Harassment : Person-to-person

## Case Details Show Original Case Details

### Reported tier information

**Case type:**
Allegation

**Intake method:**
Hotline Phone

**Priority:**
5

**I do hereby certify I have no conflict of interest in investigating this concern.:**
Agree

### Location

**Organization/Building name:**
United Parcel Service, Inc. (UPS)

**Branch number:**
KSKAN

**Location name:**
SMALL PACKAGE: 0355 CENTRAL PLAINS

**Location/Address:**
SMALL PACKAGE: 0355 CENTRAL PLAINS - KSKAN
223 NORTH JAMES STREET

**City:**
KANSAS CITY

**State/province:**
KS

**ZIP/postal code:**
66118

**Country:**
UNITED STATES

**Region:**
3

**District:**
55

**Reporter contact information**

**Reporter anonymous:**
No

**Reporter first name:**
Kevin

**Reporter last name:**
Stewart

**Phone number:**
913-406-0601

**Email address:**
suggaray2001@yahoo.com

**Contact availability:**
during the day

**Case Information**

**What is your relationship to UPS?**
Employee - Other

**Please identify the person(s) causing the concern:**
Mike Bayers - supervisor
Kelly Cesay - manager
Susan (last name unknown) - vp of union
Jaden Williamson - supervisor
Sylvester White - union steward

**Is management aware of this problem?**
Do Not Know / Do Not Wish To Disclose

**Have you previously reported this to anyone?**
Do Not Know / Do Not Wish To Disclose

**Where did this incident or violation occur?**
warehouse floor

**Has anyone tried to conceal this issue?**
Do Not Know / Do Not Wish To Disclose

**How were you made aware of the Hotline?**
Referral

**Details:**
***CODE 5 EEO DISCRIMINATION***
Kevin had a previous report on file in which he reported being involuntarily displaced from his position by his superiors.

On May 13, 2020, Mike, who is Caucasian, disregarded Kevin's seniority while driving the pedo and insisted that he go work the irreg in the back end unless he wanted to be walked out. Mike allows his acquaintances who are Caucasian to drive the pedo based on their seniority when its a direct contradiction of what he expressed to Kevin.

Kevin had a conversation with Susan, who said she would meet with Mike and Kelly at the facility to discuss the issue of seniority. Even though the meeting never happened, a verbal altercation with Jaden did, Sylvester's intervention was disregarded, and Kevin end up being written up.

Kevin has filed several complaints on Mike and Kelly and feels as though they are trying to permanently separate him from his employment. Kevin reached out to Susan once more after the altercation and write-up, and said she and Ralph Stubbs, (job title unknown), will be on site this evening to further assess this situation.

Kevin understands his situation has many layers, but also feels it is worth mentioning from April 13 - April 27 he was unable to punch in or clock out. Jermaine Horton, supervisor, Jason Slotman, supervisor, and Doug O'Millian, supervisor, all legitimately tried to correct Kevin's timekeeping issue to no avail. Although Kevin does not have proof, Kevin strongly feels his password to the system was changed due to someone attempting to manipulate his previous job applications in the system.

Kevin has been employed at UPS for 32 years with no write-ups or disciplinary action. The hostile work environment being created by Mike is completely unwarranted and not acceptable. Kevin is hoping this report reaches ethics and compliance officials at corporate, as these antics need to stop immediately.

There is a previous report on file.

**Building Code and Business Group:**
KSKAN: SMALL PACKAGE: 0355 CENTRAL PLAINS

**Was an update provided within 2 business days?**
Yes

**If Yes, on what date?**
05/15/2020

**Describe and respond to Primary Issue.:**
Issue #1 - Kevin had a previous report on file in which he reported being involuntarily displaced from his position by his superiors.
Response #1 – Kevin was never involuntarily displaced from his position. He, by his own admission, is not a 22.3 employee and is required to work as directed. He has no 'right' to a position.

**Describe and respond to Secondary Issue 1, if applicable:**
. Issue #2 - On May 13, 2020, Mike, who is Caucasian, disregarded Kevin's seniority while driving the pedo and insisted that he go work the irreg in the back end unless he wanted to be walked out. Mike allows his acquaintances who are Caucasian to drive the pedo based on their seniority when its a direct contradiction of what he expressed to Kevin.
Response #2 – Kevin was sent to help in the irreg area. Supervisor Jaden Williamson needed help on the belt. Kevin wanted to drive the irreg train. Jaden needed help on the belt. FT Supervisor Mike Bayers stepped in to ensure that he worked as directed. The direction to work on the belt and not the irreg cart initially came from the PT sup, not Mike.

.

**Describe and respond to Secondary Issue 2, if applicable:**
Issue #3 Kevin had a conversation with Susan, who said she would meet with Mike and Kelly at the facility to discuss the

issue of seniority. Even though the meeting never happened, a verbal altercation with Jaden did, Sylvester's intervention was disregarded, and Kevin end up being written up.
Response #3 – Kevin has to work as directed. There was no seniority violation or there would have been a resolution via the grievance process.

**Describe and respond to any additional issues, if applicable:**
Issue #4 - Kevin has filed several complaints on Mike and Kelly and feels as though they are trying to permanently separate him from his employment. Kevin reached out to Susan once more after the altercation and write-up, and said she and Ralph Stubbs, (job title unknown), will be on site this evening to further assess this situation.
Response #4 – There is no evidence that FT supervisor Mike Bayers and manager Kelly Ceesay are trying to separate Kevin.

Issue #5 Kevin understands his situation has many layers, but also feels it is worth mentioning from April 13 - April 27 he was unable to punch in or clock out. Jermaine Horton, supervisor, Jason Slotman, supervisor, and Doug O'Millian, supervisor, all legitimately tried to correct Kevin's timekeeping issue to no avail. Although Kevin does not have proof, Kevin strongly feels his password to the system was changed due to someone attempting to manipulate his previous job applications in the system.
Response #5 – There is no evidence of anyone trying to manipulate Kevins time card or login. There is no job change history in GEMS or time worked that he was not paid for.

**FOR CODE 5 AND 6 CASES ONLY**

**Attorney Client Privileged:**
Yes

**What is the nature of the discrimination?**
Race

## Follow-ups

**Reporter Additional Information**
There are no additional notes for this incident.

**Questions/Comments and Reporter Responses**

**05/14/2020 8:55 PM - System**
**Comment:** Thank you for contacting the UPS Ethics Hotline about your recent concern. An investigation into the allegation(s) has started and can take up to 30 days to complete, however the investigator assigned will contact you and provide you with their contact information and confirm receipt of your concern, as well as clarify any necessary details for their investigation.

If you have additional information that you believe will assist in investigating your concern, you are always invited to provide any additional information to the allegation. You may also check the status of whether an investigation has been completed by calling the Help Line and providing your original case number.

**05/28/2020 6:25 PM - Reporter**
**Reply** On May 28, 2020, while Kevin was at work, he was not allowed to do his job after he finished doing safety, which was drive his PEDO. When Kevin asked why, he was told by Chad Bayers, supervisor, that Chad was informed by Mike Bayers, supervisor, that they were not going to allow Kevin to drive the PEDO because Kevin does safety in the morning. After that, Kevin asked Chad if Kevin could had the union steward (name unknown) to discuss the matter; however, Mike did not allowed Kevin to have union representation, and also said that Kevin could talk to the union steward after the day was over. Kevin clarifies that by doing this, Mike was denying his rights for union representation. Chad Gates (job title unknown), and Rennard (phonetic spelling) Charles (job title unknown), witnessed this situation.

## Assignments & Access

**Investigator:** Allison (DHROM), Chelsea; Day (AHRM), Joel; Grant (RHRM), Jeff; Harvey (AHRM), Donna; Henderson (AERM), Eric; Johnson (AHRM), John; Macchia (AHRM), Ron; Macias (AHRM), Gloria; McClure (DHROM), Jimmy; MILLER (HR Specialist), KANDYCE; Nugent (AHRM), Mike; Robertson (RHROM), Jon; Taylor (RERM), Eric
**Restricted access:** None

**Case access list:** Allison (DHROM), Chelsea; Baisden (Paralegal), Shannon; Baker (Senior Administrative Assistant), Nicole; Bartlett (CORP HR), Christopher; Becker (VP HR Corporate), Frank; Cantrell (Compliance Director), Jeff; Chisolm (Corp HR), Erica; Coliton (Corporate ERM), John; Crump (Attorney), Raquel; Day (AHRM), Joel; Ellis (Compliance Supervisor), Molly; Elston (Corp HR Intern), Jamani; Global, NAVEX; Glover (Sr Admin Assistant), Warren; Grant (RHRM), Jeff; Harvey (AHRM), Donna; Hawkins (Corporate IA Sup), Vanessa; Helus (Compliance Manager), Rodney; Henderson (AERM), Eric; Johnson (AHRM), John; Johnson (CORP), Tianna; LA SCALA (CORP HR), TRUDEE; Macchia (AHRM), Ron; Macias (AHRM), Gloria; McClure (DHROM), Jimmy; Menosky (Compliance Manager), Peter; MILLER (HR Specialist), KANDYCE; Morado (Employee Compliance Supervi, Sandra; Munhall (Compliance Manager), Brett; Nugent (AHRM), Mike; Robertson (RHROM), Jon; Shirley (Compliance Supervisor), John; Taylor (RERM), Eric
**Due date:** 06/15/2020

## Participants

| Name | Job Title | Relationship | Role | Results | Notes |
|---|---|---|---|---|---|
| KEVIN STEWART | Sorter AM | None | Reporter | None | |
| MICHAEL BAYERS | Preload Supervisor | None | None | None | |
| KELLY CEESAY | Preload Manager | None | None | None | |
| Susan (last name unknown) | vp of union | None | None | None | |
| JAYDEN WILLIAMSON | PT Preload Supervisor | None | None | None | |
| SYLVESTER WHITE | Preloader | None | None | None | |
| TAMMY TOMBS | HR Supervisor | Employee - Mgt - Non-Operations | Investigator | None | |
| JOEL DAY | Area HR Manager | Employee - Mgt - Non-Operations | Reviewer | None | |

## Items

| Name | Description | Loss Type | Final Outcome | Amount Taken | Amount Recovered | Amount to Recover |
|---|---|---|---|---|---|---|
| Totals: | | | | $0.00 | $0.00 | $0.00 |

## Agencies

None

## Attachments

None

## Synopsis

### Outcome of case

**Primary outcome:**
Unsubstantiated

**Action taken:**
Unsubstantiated - No Action Required

### Workflow

**What follow up took place with the employee who raised the concern?**
Due to vacations areview will be held with Kevin WE 5/20/2020

**Does the employee feel his/her concern has been resolved?**
No

**If no, what was the reason the employee not feel their concern was not resolved:**
NA - the meeting has not occurred yet

**Was the no retaliation policy reviewed with everyone involved in the investigation?**
Yes

**Did you provide contact information and direction to caller for future concerns?**
Yes

**Have you added the Names and Titles of Reviewer? (cannot be same as Investigator):**
Yes

**Have you added the Names and Titles of the Investigator? (cannot be reported in concern):**
Yes

**Additional details**

**Synopsis notes:**
Issue: Kevin feels he was not allowed to drive an irreg cart by Mike Bayers for racially motivated reasons.
Policy: Non discrimination policy
Assessment: Kevin is disgruntled over previous incidents with Mike and Kelly. He believes he was wrongfully 'removed' from 'his position' and holds a grudge against FT Supervisor Mike Bayers and Sort Manager Kelly Ceesay. We believe this is an important detail as it is motive to continue to raise concerns about Mike and Kelly. With regard to the racial allegation, Mike enforced the PT supervisor's instructions, and did not give the instructions that were alleged to be racially motivated. Kevin was sent to help in an area. He wanted to drive the PITO/irreg cart. PT supervisor Jaden needed help on the belt. Kevin was instructed to work on the belt and did not comply. Mike Bayers stepped in and instructed Kevin to work as directed. Kevin did not want to comply. Union steward Sly-Sylvester was brought in and Kevin was again told to work as directed.
Conclusion: We do not believe discriminatory behavior is taking place.

**Has the Participant's role in the case been updated?**
Yes

## Tasks

None

## Case Notes

None

## Related Cases

**Cases Marked as Related to This Case**
Case 2020-5-13000 has no listed relationships.