**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| KEVIN STEWART, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:20-CV-02461-GEB-JAR |
| vs. | ) | |
| | ) | |
| UNITED PARCEL SERVICE INC, | ) | |
| | ) | |
| Defendant. | ) | |

---

## PLAINTIFF'S INDEX OF EXHIBITS

---

1. Excerpts from Deposition of Sylvester White

2 Excerpts from Deposition of James Willis

3. Excerpts from Deposition of Kevin Stewart

4. Excerpts from Deposition of Kelly Ceesay

5. Excerpts from Deposition of Mike Bayers

6. Declaration of Kevin Stewart

7. Labor Relations Profile of Kevin Stewart (UPS KS000011-26)

8. Text Messages of Kevin Stewart (PLF000129-136)

9. Excerpts of National Master United Parcel Service Agreement and Teamsters Central Region and United Parcel Service Supplemental Agreement (CBA)

10. Excerpts of UPS Policy Handbook

11. Plaintiff's EEOC Charge of Discrimination

12. Plaintiff's Internal Complaints

13. Plaintiff's UPS documented events – Initial Disclosures

14. Email of Mitch Churchman to Kelly Ceesay and Mike Bayers (UPS KS000508-509)

15. UPS HR Reports and Notes to File (Tammy Tombs) UPS KS 000504; 000527

16. UPS Report of Ethics Hotline Phone Report

17. Job Bid Sheets with Positions

18. NLRB letter, Pg 2.