IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KEVIN R. STEWART, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 2:20-cv-02461-JAR-GEB |
| UNITED PARCEL SERVICE, INC., | ) ) |
| Defendant. | ) ) |

**DEFENDANT'S MOTION FOR AWARD OF ATTORNEYS' FEES AND
RELATED NONTAXABLE EXPENSES AGAINST PLAINTIFF**

Pursuant to Fed. R. Civ. P. 54(d)(2)(A) and Local Rule 54.2, Defendant United Parcel Service, Inc. ("UPS" or "Defendant") requests it be awarded its attorneys' fees and related nontaxable expenses incurred in defending this action. UPS also states:

1. The Court granted summary judgment in favor of UPS on July 20, 2023. (*See* Memorandum and Order, Doc. 133). Also on July 20, 2023, the Court entered judgment in UPS's favor and dismissed Plaintiff's case on the merits. (*See* Judgment in a Civil Case, Doc. 134). The instant Motion is filed within 14 days of the entry of judgment, and is therefore timely. Fed. R. Civ. P. 54(d)(2)(B)(i).

2. UPS is entitled to an award of its attorneys' fees and nontaxable expenses as the prevailing party pursuant to 42 U.S.C. § 2000E-5(k); Fed. R. Civ. P. 54; D. Kan. Local Rule 54.2; and the U.S. Supreme Court's decisions in *Christiansburg Garment Co. v. E.E.O.C.,* 434 U.S. 412 (1978) and *CRST Van Expedited, Inc. v. E.E.O.C.,* 578 U.S. 948 (2016).

3. Pursuant to Fed. R. Civ. P. 54(d)(2)(B)(iii), UPS requests an order awarding the total amount of its fees and costs incurred in defense of this case. A fair estimate of this amount is $375,000.00.

4. To the extent the parties are unable to reach an agreement on UPS's fee award, UPS will submit a memorandum in support of this Motion. *See* Local Rule 54.2(c) – (e).

Respectfully submitted,

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*/s/ Shelley I Ericsson*
Shelley I. Ericsson, KS #19098
Colin J. Finnegan, KS #28647
700 West 47th Street, Suite 500
Kansas City, MO 64112
Phone:  816.471.1301
Facsimile:  816.471.1303
Email:  shelley.ericsson@ogletree.com
Email:  colin.finnegan@ogletree.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 3rd day of August, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and sent notification of such filing to the following:

KATRINA Y. ROBERTSON, LLC
1101 Walnut Street, Suite 203
Kansas City, MO  64106
Phone:  816.885.4974
Facsimile:  816.817.4964
Email:  kyr@kyrobertsonlaw.com

**ATTORNEY FOR PLAINTIFF**

*/s/ Shelley I. Ericsson*
**ATTORNEY FOR DEFENDANT**