IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| KEVIN R. STEWART, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) Case No. 2:20-CV-02461-JAR-GEB |
| UNITED PARCEL SERVICE, INC., | ) |
| Defendant. | ) |

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR AWARD OF ATTORNEYS' FEES AND RELATED NONTAXABLE EXPENSES

Pursuant to Fed. R. Civ. P. 54(d)(2)(A) and Local Rule 54.2, Plaintiff, Kevin Stewart, opposes Defendant's requests for an award of its attorneys' fees and related nontaxable expenses incurred in defending this action. Plaintiff states:

1) On August 8, 2023, Defendant filed its Motion for Attorney's Fees and nontaxable expenses. (Doc 135).

2) Pursuant to D. Kan. Local Rule 54.2, this Court requires that the parties meet and confer and that Defendant's request be supplemented by memorandum with time records, affidavits and/or other evidence.

3) As noted in its motion, Defendant indicates that it will submit a memorandum in support of its request. In view of Defendant's pending motion, as filed with this Court, Plaintiff opposes Defendant's request for attorney's fees in the estimated amount of $375,000.00.

                                          Respectfully submitted,

                                          KATRINA Y. ROBERTSON, LLC

                                          __/s/ Katrina Y. Robertson__
                                          Katrina Y. Robertson KSD 78226
                                          The Cable Building
                                          1321 Burlington Street
                                          Suite 600
                                          North Kansas City, Missouri 64118
                                          Ofc: (816) 885-4974
                                          Fax: (816) 817-4964
                                          kyr@kyrobertsonlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on this 24th day of August 2023, I electronically filed the foregoing Motion with the Clerk of Court for the District of Kansas by using the CM/ECF filing System, which sent notification of such filing to the following:

    Shelley Ericsson
    OGLETREE, DEAKINS, NASH, SMOAK &
    STEWART , P. C.
    4520 Main Street, Suite 400
    Kansas City, Missouri 64111
    Office: (816) 471-1301
    Facsimile: (816) 471-1303
    shelley.ericsson@ogletree.com
    collin.finnegan@ogletree.com

    ATTORNEYS FOR DEFENDANT

                                          */s/ Katrina Y. Robertson*
                                          Katrina Y. Robertson KSD #78226