## Exhibit List

**Exhibit 1 – SIE-CMT letter to Webster & Smith re 301 action (2022.01.26)**

**Exhibit 2 – Christiansburg letter to Katrina Robertson (8.30.22)**

**Slip sheet for Exhibit 3**

**Slip sheet for Exhibit 4**