# EXHIBIT 3

# REQUESTED TO SUBMIT UNDER SEAL