# EXHIBIT 4

# REQUESTED TO SUBMIT UNDER SEAL