IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KEVIN R. STEWART,  )<br>           Plaintiff,  )<br>                   )<br> v.                )<br>                   )<br> UNITED PARCEL SERVICE, INC.,  )<br>           Defendant.  )  | Case No. 2:20-cv-02461-JAR-GEB |

## MEMORANDUM IN SUPPORT OF BILL OF COSTS

Defendant United Parcel Service, Inc. ("UPS"), pursuant D. Kan. Local Rule 54.1(a)(2) submits the following Brief in Support of Bill of Costs:

1. UPS seeks the following costs:

   Ex. 1 - $50 for fees of the clerk;

   Ex. 2 - $4,852.40 for fees for printed or electronically recorded transcripts necessarily obtained for use in this case;

   Ex. 3 - $25.00 for fees for exemplification and the cost of making copies of any materials where the copies are necessarily obtained for use in this case; and

   Ex. 4 - $600 for other costs (mediation). See also UPS's Bill of Costs (Doc. 153).

2. UPS, as the prevailing party via complete summary judgement, seeks these costs pursuant to Federal Rule of Civil Procedure 54(d)(1).

3. Each of the costs listed above in Paragraph 1 were expended by Defendant and are recoverable under 28 USC § 1920.

4. Copies of relevant invoices, receipts, and disbursements were attached to Defendant's Bill of Costs, but are also attached hereto as Exhibits 1-4.

5. The total amount is $5,527.40.

6. The parties engaged in good faith negotiations and made reasonable efforts to come to an agreement regarding resolution of Defendant's Bill of Costs. Despite discussing the issues several times, Plaintiff ultimately did not agree to pay any of Defendant's costs.

WHEREFORE Defendant United Parcel Service, Inc. respectfully requests the court enter an order granting Defendant its costs totaling $5,527.40, and award any other relief the Court deems just and proper.

Respectfully submitted,

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
*/s/ Shelley I Ericsson*
Shelley I. Ericsson, KS #19098
Colin J. Finnegan, KS #28647
700 West 47th Street, Suite 500
Kansas City, MO 64112
Phone: 816.471.1301
Facsimile: 816.471.1303
Email: shelley.ericsson@ogletree.com
Email: colin.finnegan@ogletree.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

      The undersigned certifies that on this 13th day of September, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and sent notification of such filing to the following:

| | |
|---|---|
| Katrina Y. Robertson<br>KATRINA Y. ROBERTSON, LLC<br>1101 Walnut Street, Suite 203<br>Kansas City, MO  64106<br>Phone:  816.885.4974<br>Facsimile:  816.817.4964<br>Email:  kyr@kyrobertsonlaw.com | Jonathan Sternberg<br>JONATHAN STERNBERG, ATTORNEY, PC<br>2323 Grand Boulevard, Suite 1100<br>Kansas City, MO 64108<br>Phone:  816.292.7020<br>Facsimile:  816.292.7050<br>Email:  jonathan@sternberg-law.com |

**ATTORNEYS FOR PLAINTIFF**

                                            */s/ Shelley I. Ericsson*
                                            **ATTORNEY FOR DEFENDANT**