# Exhibit List

**Ex. 1 – Pro Hac $50.00 Redacted**

**Ex. 2 – Deposition Costs Redacted**

**Ex. 3 – EEOC $25.00**

**Ex. 4 – Mediation invoice**