# REDACTED

---

**From:** do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>
**Sent:** Thursday, January 07, 2021 9:39 AM
**To:** Curran, Linda S. <linda.curran@ogletreedeakins.com>
**Subject:** https://protect-us.mimecast.com/s/qcz_C2kroruAkJLLtncEJg?domain=pay.gov Payment Confirmation: KANSAS DISTRICT COURT

[Caution: Email received from external source]

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: US District Court of Kansas at 913-735-2229.

Account Number: 4620505
Court: KANSAS DISTRICT COURT
Amount: $50.00
Tracking Id: AKSDC-5375210
Approval Code: 058141
Card Number: ************1936
Date/Time: 01/07/2021 10:39:03 ET

NOTE: This is an automated message. Please do not reply