

**CROSS REPORTING SERVICE, INC.**

306 SE 291 Highway, Suite 5
Lee's Summit, Missouri 64063
(816) 252-8883   Fax: 252-7044
**FED. ID. NO. 43-1390449**

crossreporting@gmail.com

Invoice To:                                        Invoice No. 71989

**OGLETREE, DEAKINS**
Attn: Shelley Ericsson
4520 Main Street, Suite 400
Kansas City, Missouri 64111
Phone: 816-471-1301 Fax: 816-471-1303
shelley.ericsson@ogletree.com

Date: November 14, 2022

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KEVIN R. STEWART,                )
    Plaintiff,               )
vs.                              )   Case No. 2:20-CV-2461-JAR-GEB
UNITED PARCEL SERVICE, INC.,     )
    Defendant.               )

Deposition of: **James Willis - 146 pgs.**
On behalf of the **Plaintiff**
Date attended: November 2, 2022
Reporter: Nicole Calcara

| | | |
|---|---:|---:|
| Copy | $ | 292.00 |
| Exhibits – 34 pgs. | | 8.50 |
| Balance Due | $ | 300.50 |

Thank You!!

**We now accept MasterCard, VISA, Discover and American Express
for your convenience.**
Please return a copy with remittance.
Payable upon receipt.



**CROSS REPORTING SERVICE, INC.**

306 SE 291 Highway, Suite 5
Lee's Summit, Missouri 64063
(816) 252-8883    Fax: 252-7044
*FED. ID. NO. 43-1390449*

crossreporting@gmail.com

Invoice To:                                                 Invoice No. 71991

OGLETREE, DEAKINS
Attn: Shelley Ericsson
4520 Main Street, Suite 400
Kansas City, Missouri 64111
Phone: 816-471-1301 Fax: 816-471-1303
shelley.ericsson@ogletree.com

Date: November 16, 2022

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KEVIN R. STEWART,                      )
          Plaintiff,                   )
     vs.                               )  Case No. 2:20-CV-2461-JAR-GEB
UNITED PARCEL SERVICE, INC.,           )
          Defendant.                   )

Deposition of: **Kelly Ceesay - 147 pgs.**
On behalf of the **Plaintiff**
Date attended: November 4, 2022
Reporter: James A. Leacock

| | |
|---|---|
| Copy | $ 294.00 |
| Exhibits – 17 pgs. | 4.25 |
| **Balance Due** | **$ 298.25** |

Thank You!!

***We now accept MasterCard, VISA, Discover and American Express for your convenience.***
Please return a copy with remittance.
Payable upon receipt.

VIEW IMAGE

**Ogletree Deakins** — Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
50 International Drive
Patewood IV, Suite 200
Greenville, SC 29615

500295885

Date: 12/06/22

PAY  Five hundred ninety-eight and 75/100 U.S. Dollars         $ *598.75*

TO THE ORDER OF
Cross Reporting Service, Inc.
306 Southeast 291 Highway, Suite 5
Lee's Summit, MO 64063

Memo:

REDACTED

Seq: 139
Batch: REDACTED
Date: 12/16/22

Seq:00139 12/16/22
REDACTED
WT:01 LTPS:Dallas CT
BC:Lee's Summit – Langsford BC M08-307

ENDORSE HERE
PAY TO THE ORDER OF
BANK OF AMERICA
FOR DEPOSIT ONLY
CROSS REPORTING SERVICE, INC.



# INVOICE

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
ATTN: Shelley I. Ericsson
4520 Main Street
Suite 400
Kansas City, MO  64111

**Invoice Number:** 221010
Invoice Date: 11/15/2022
Job Number: 115910

In Re:   Kevin R. Stewart vs. United Parcel Service, Inc.
Case Number: 2:20-cv-02461-JAR-GEB
Witness(s): Kevin R. Stewart
Attendance Date: 11/11/2022, 11:00 a.m.
Reporter: KAS - Video: JAM

Description

| | |
|---|---:|
| Transcript - Kevin R. Stewart - Electronic Format | 2024.40 |
| Exhibits - Scanned | 142.15 |
| Signature | 20.00 |
| Appearance | 135.00 |
| Shipping Original for Filing - via Classic Courier | 18.00 |
| Invoice Total: | 2339.55 |

Expedited Delivery

We Appreciate Your Business!
Tax ID: 36-3600268

INVOICE DUE WITHIN 30 DAYS.
18.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.
Tax ID: 36-3600268

Ordered transcripts include a fully hyperlinked word index and archival of transcripts, invoices and exhibits. All invoices are payable upon receipt. Past-due accounts are subject to a late fee and accrue interest. No credit is extended to attorney's clients or other third parties. Payment is not contingent upon client or insurance carrier reimbursement. You are responsible for the payment of all invoiced charges. If it is necessary to take action for collection, you agree to pay all reasonable costs, including court costs, all added interest charges and attorney's fees.

| | |
|---|---|
| **From:** | NoReply |
| **Sent:** | Tuesday, December 13, 2022 7:00 PM |
| **To:** | ckennington@metropolitanreporters.com |
| **Cc:** | Accounts Payable |
| **Subject:** | Electronic Check Notification was executed at 12/13/2022 7:00:03 PM |



# Electronic Check Notification

12/13/2022 07:00 PM

**Electronic Check Notification for Metropolitan Court Reporters**

A check(s) for $ **2339.55** will be deposited into your bank account within the next 2 business days. See details below.

| Vendor Name | Invoice Date | Invoice Number | Invoice Amount | Invoice Description |
|---|---|---|---|---|
| Metropolitan Court Reporters | 11/15/2022 | 221010 | $2,339.55 | CRINV Transcript for Stewart 11.11.22 deposition |

Any questions, please contact Accounts Payable at Ogletree Deakins Law Firm at   firmaccountspayable@odnss.com.

1 of 1

Case 2:20-cv-02461-JAR   Document 154-3   Filed 09/13/23   Page 6 of 11



# INVOICE

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.  
ATTN: Shelley I. Ericsson  
4520 Main Street  
Suite 400  
Kansas City, MO  64111

**Invoice Number:** **221161**  
Invoice Date: 11/29/2022  
Job Number: 115910

In Re:  Kevin R. Stewart vs. United Parcel Service, Inc.  
Case Number: 2:20-cv-02461-JAR-GEB  
Witness(s): Kevin R. Stewart  
Attendance Date: 11/11/2022, 11:00 a.m.  
Reporter: KAS - Video: JAM

| Description | Amount |
|---|---:|
| **Kevin R. Stewart** | |
| Video Appearance (First Two Hours) | 230.00 |
| Additional Video Hours | 297.50 |
| Encode DV to MPEG1 | 262.50 |
| Timestamp Transcript for Sync. | 262.50 |
| Shipping & Handling Fee | 8.00 |
| Invoice Total: | 1060.50 |

We Appreciate Your Business!  
Tax ID: 36-3600268

INVOICE DUE WITHIN 30 DAYS.  
18.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.  
Tax ID: 36-3600268

Ordered transcripts include a fully hyperlinked word index and archival of transcripts, invoices and exhibits. All invoices are payable upon receipt. Past-due accounts are subject to a late fee and accrue interest. No credit is extended to attorney's clients or other third parties. Payment is not contingent upon client or insurance carrier reimbursement. You are responsible for the payment of all invoiced charges. If it is necessary to take action for collection, you agree to pay all reasonable costs, including court costs, all added interest charges and attorney's fees.

| | |
|---|---|
| **From:** | NoReply |
| **Sent:** | Tuesday, December 20, 2022 7:01 PM |
| **To:** | ckennington@metropolitanreporters.com |
| **Cc:** | Accounts Payable |
| **Subject:** | Electronic Check Notification was executed at 12/20/2022 7:00:08 PM |



# Electronic Check Notification

12/20/2022 07:00 PM

**Electronic Check Notification for Metropolitan Court Reporters**

A check(s) for $ **1060.50** will be deposited into your bank account within the next 2 business days. See details below.

| Vendor Name | Invoice Date | Invoice Number | Invoice Amount | Invoice Description |
|---|---|---|---|---|
| Metropolitan Court Reporters | 11/29/2022 | 221161 | $1,060.50 | CRINV Videographer fees for Stewart 11.11.22 deposition |

Any questions, please contact Accounts Payable at Ogletree Deakins Law Firm at   firmaccountspayable@odnss.com.

1 of 1

1



# I N V O I C E

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 185849 | 12/5/2022 | 136548 |
| Job Date | Case No. ||
| 11/14/2022 | 220CV2461JARGEB ||
| Case Name |||
| Kevin R Stewart v United Parcel Service Inc |||
| Payment Terms |||
| Net 30, After 30 Add 1.5% Finance Charge |||

Shelley I Ericsson
Ogletree Deakins Nash Smoak & Stewart PC
Suite 400
4520 Main Street
Kansas City, MO 64111

---

EXPEDITED TRANSCRIPT COPY OF:
    Sylvester White                                                                530.05
                                                 **TOTAL DUE  >>>**                       **$530.05**

Location of Job  : Katrina Y Robertson LLC
                     Suite 203
                     1101 Walnut Street
                     Kansas City, MO 64106

5 DAY EXPEDITE
DD

Our remit to address has changed, please update your records at your earliest convenience. Send all future payments to the new lockbox address below. We have also listed new Banking Instructions for Wire and ACH payments. All remittance advices for ACH and Wire transfers should be sent to accounting@lexitaslegal.com

Wire Transfer details:
Account Number: 312068692
Routing Number: 021000021
Swift Code: CHASUS33
New York, New York

ACH Transaction details:
Account Number: 312068692
Routing Number: 111000614

---

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Shelley I Ericsson
Ogletree Deakins Nash Smoak & Stewart PC
Suite 400
4520 Main Street
Kansas City, MO 64111

Invoice No.  : 185849
Invoice Date : 12/5/2022
**Total Due**    : **$530.05**

Remit To: **Lexitas**
          **PO Box 734298**
          **Dept. 2023**
          **Dallas , TX 75373-4298**

Job No.     : 136548
BU ID       : KC
Case No.    : 220CV2461JARGEB
Case Name   : Kevin R Stewart v United Parcel Service Inc

| | | |
|---|---|---|
| **From:** | NoReply | |
| **Sent:** | Tuesday, December 20, 2022 7:00 PM | |
| **To:** | accounting@lexitaslegal.com | |
| **Cc:** | Accounts Payable | |
| **Subject:** | Electronic Check Notification was executed at 12/20/2022 7:00:08 PM | |

# Ogletree Deakins

## Electronic Check Notification

12/20/2022 07:00 PM

**Electronic Check Notification for Alaris Litigation Services**

A check(s) for ▓▓▓▓▓▓ will be deposited into your bank account within the next 2 business days. See details below.

| Vendor Name | Invoice Date | Invoice Number | Invoice Amount | Invoice Description |
|---|---|---|---|---|
| Alaris Litigation Services | 12/05/2022 | 185849 | $530.05 | CRINV Transcript for Sylvester White 11.14.22 deposition |

Any questions, please contact Accounts Payable at Ogletree Deakins Law Firm at   firmaccountspayable@odnss.com.

1 of 1

# MCCRACKEN REPORTING

P.O. Box 521058
Independence, MO  64052
816.419.8224
McCrackenReporting.com
McCrackenReporting@comcast.net

| | |
|---|---|
| Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>4520 Main Street, Suite 400<br>Kansas City, MO  64111 | Date:  December 9, 2022<br><br>Invoice No. 2857 |
| Attention:   Ms. Shelley Ericsson | EIN# 26-0882657 |

_____

| | |
|---|---|
| Plaintiff: | Kevin R. Stewart |
| Defendant: | United Parcel Service, Inc. |
| Venue: | US Kansas |
| Date Taken: | November 30, 2022 |
| Witness: | Michael Bayers |
| Behalf of: | Plaintiff |
| Reporter: | Marie A. McCracken, CSR, CCR, RPR |

Stenographic services……………………………………………………………………………………………….   $ 317.25
Exhibits……………………………………………………………………………………………………………………..       6.30

                                                                                                                        TOTAL……………………………. $ 323.55

PAYMENT DUE UPON RECEIPT

THANK YOU.

VIEW IMAGE

**Ogletree Deakins** — Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
50 International Drive
Patewood IV, Suite 200
Greenville, SC 29615

Seq: 2
Dep: 000221
Date: 12/28/22
Date: 12/20/22

5002988

PAY  Three hundred twenty-three and 55/100 U.S. Dollars       $ *323.55*

TO THE ORDER OF
McCracken Reporting
PO Box 521058
Independence, MO 64052

Memo:

REDACTED

PAY TO THE ORDER OF
BANK OF AMERICA
INDEPENDENCE, MO 64055
FOR DEPOSIT ONLY
MCCRACKEN REPORTING