## Invoice Summary



Robert A. Young Federal Building
1222 Spruce St.
Rm 8.100
St. Louis, MO  63103

**Requester Details**

Mrs. Amy Limback
Paralegal
4520 Main Street, Ste. 400
 Kansas City, MO 64111

**Requester Invoice**

| | | |
|---|---|---|
| Request No | : | 560-2021-000908 |
| Invoice No | : | 00000007343 |
| Invoice Date | : | 10/29/2020 |
| Requester Name | : | Amy Limback |
| Requester Organization | : | OGLETREE DEAKINS |

| Fee Item | Quantity | Unit ($) | Extended ($) | Not Charged ($) | Charged ($) |
|---|---|---|---|---|---|
| ATTESTATION | 1.00 | $25.00 | $25.00 | $0.00 | $25.00 |
| **Administrative Cost** | | | $0.00 | $0.00 | $0.00 |

| | |
|---|---|
| Total Amount ($) | $25.00 |
| Amount Paid ($) | $0.00 |
| Balance Due ($) | $25.00 |

**Request Description**

Please see the FOIA request attached.

**Sub Requests**

Default

**Invoice Memo**

Make payments online to the U.S. Treasurer at https://pay.gov/public/home, or by check or money orders sent to the office address listed above. When submitting payment please provide the FOIA number or Charge Number.  If you are submitting payment online, please send email confirmation to Christopher.Jenkins@EEOC.gov.  Please remember to attach FOIA number or Charge number when sending email/payment confirmation.  If possible, can you please make your payment online. Please attach a copy of the invoice when submitting payment

**From:** notification@pay.gov
**Sent:** Friday, October 30, 2020 4:24 PM
**To:** Sinclair, Alan
**Subject:** https://protect-us.mimecast.com/s/MBHXCVOrkrsmrk1QhG2yXp?domain=pay.gov
Payment Confirmation: EEOC Miscellaneous Electronic Processing Form

[Caution: Email received from external source]

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Sang Kim at (202) 663-7052 or sang.kim@eeoc.gov.

Application Name: EEOC Miscellaneous Electronic Processing Form
Pay.gov Tracking ID: 26QBGN6O
Agency Tracking ID: 76046489609
Transaction Type: Sale
Transaction Date: 10/30/2020 05:23:53 PM EDT
Account Holder Name: Connie Foutts
Transaction Amount: $25.00
Card Type: Visa
Card Number: ************1936

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service