

NOTE ADDRESS CHANGE
905 McGee Street # 202
Kansas City, Mo., 64106
816.363.9926
sly@wickhamjames.com

**INVOICE**
INV0295

**DATE**
Jan 13, 2022

**DUE**
On Receipt

**BALANCE DUE**
USD $600.00

**BILL TO**

**Shelley I. Ericsson**

shelley.ericsson@ogletree.com

| DESCRIPTION | RATE | QTY | AMOUNT |
|---|---|---|---|
| **STEWART V UPS MEDIATION INVOICE:** <br> STEWART v UPS MEDIATION INVOICE: Thank you very much for allowing me to assist you with this case. I'm sorry that we weren't able get it settled. I spent a total of 3 hours in either preparation for the mediation or in the mediation itself. At a rate of $400 per hour, the total mediation fee is $1,200.00. In that there was no agreement to the contrary, each party is responsible for 1/2 of the total mediation fee or $600. I will send you a W9 for the mediation by separate email. Again, thank you very much for allowing me to assist you with this case. | $400.00 | 1.5 | $600.00 |

| | TOTAL | $600.00 |
|---|---|---|
| **Payment Instructions** | **BALANCE DUE** | **USD $600.00** |

**BY CHECK**

Wickham James LC  PAYMENT BY CHECK  ONLY PLEASE

**DATE SIGNED**
Jan 13, 2022

VIEW IMAGE

**Ogletree Deakins** — Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
50 International Drive
Patewood IV, Suite 200
Greenville, SC 29615

500210676

Date: 01/25/22

PAY  Six hundred and 00/100 U.S. Dollars          $ *600.00*

TO THE ORDER OF
Wickham James LC
905 McGee Street, #202
Kansas City, MO 64106

*Craig Holderman* (signature)

Memo:

REDACTED

REDACTED
Lead Bank #030
2022-02-03
REDACTED

ENDORSE HERE
Wickham (signature)

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE RESERVED FOR FINANCIAL INSTITUTION USE